TRULINCS 50614056 - BOWMAN, RONNIE ANTHONY - Unit: HAF-N-D

---

FROM: Henson, Bayli
TO: 50614056
SUBJECT: RE: hey
DATE: 01/08/2026 05:06:04 AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Ronnie Anthony Bowman, Petitioner
v.
Warden, FCI Hazelton, Respondent
Civil Action No.: 5:26-cv-00003-JPB-JPM

EMERGENCY MOTION FOR IMMEDIATE RELEASE PENDING REVIEW OF § 2241 PETITION

Petitioner Ronnie Anthony Bowman, proceeding pro se, respectfully moves this Court for immediate release pending review of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. This motion is emergency in nature because Petitioner is being unlawfully detained beyond the date authorized by law due to the Bureau of Prisons' failure to apply earned First Step Act time credits.

Petitioner has earned approximately 365 days of First Step Act earned time credits. If properly applied, these credits require his immediate release to prerelease custody or supervised release. Each additional day of confinement constitutes irreparable harm that cannot be remedied later.

Petitioner further suffers from serious medical conditions, including a brain tumor with associated seizure activity, placing him at heightened risk of harm from continued incarceration.

Petitioner respectfully requests that the Court order his immediate release pending resolution of the § 2241 petition, or alternatively order the Bureau of Prisons to immediately apply all earned First Step Act credits and update his release date.

Respectfully submitted,

_Ronnie A. Bowman_ (signature)
Ronnie Anthony Bowman
Reg. No. 50615-056
FCI Hazelton
P.O. Box ~~2000~~ 5000
Bruceton Mills, WV 26525
Date: 1-13-26